[No. 48683-7-I.   Division One.   March 24, 2003.]

RAFAEL S. TERRON, *Appellant*, v. KATRINA A. RUFF, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-11262-7, Patricia H. Clark, J., entered May 15, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Schindler, JJ.

[No. 49214-4-I.   Division One.   March 24, 2003.]

NJ LAND DEVELOPMENT CO., INC., *Appellant*, v. CLM DEVELOPMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-08163-1, Gerald L. Knight, J., entered August 28, 2001. *Reversed* by unpublished opinion per Agid, J., concurred in by Grosse and Schindler, JJ.

[No. 49246-2-I.   Division One.   March 24, 2003.]

*In the Matter of the Personal Restraint of* KEVIN GATES, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 49790-1-I.   Division One.   March 24, 2003.]

ALLAN PARMELEE, *Appellant*, v. STEVE THOMPSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-32982-1, Richard D. Eadie, J., entered December 4, 2001. *Affirmed* by unpublished per curiam opinion.